**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   7

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Eurofresh of Tinley Park, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-8344794 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

16000 South Harlem Avenue
Tinley Park, IL 60477
Number, Street, City, State & ZIP Code

Cook
County

**Mailing address, if different from principal place of business**

24010 West Quail Court
Plainfield, IL 60544-3721
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

24010 West Quail Court Plainfield, IL 60544-3721
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    Eurofresh of Tinley Park, Inc.                                   Case number (*if known*) _____
           Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____4451____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    Eurofresh of Tinley Park, Inc.                                          Case number (*if known*) _____
     Name

---

**11.  Why is the case filed in**    *Check all that apply:*
    **this district?**

      ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
         preceding the date of this petition or for a longer part of such 180 days than in any other district.

      ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**    ■ No
    **have possession of any**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**
                    **Why does the property need immediate attention?** (*Check all that apply.*)

                   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                      What is the hazard? _____

                   ☐ It needs to be physically secured or protected from the weather.

                   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                      livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                   ☐ Other _____

                   **Where is the property?** _____
                                        Number, Street, City, State & ZIP Code

                   **Is the property insured?**

                   ☐ No

                   ☐ Yes.   Insurance agency   _____

                                Contact name   _____

                                Phone   _____

---

  ■  **Statistical and administrative information**

**13.  Debtor's estimation of**   .   *Check one:*
    **available funds**
                 ☐ Funds will be available for distribution to unsecured creditors.

                 ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**
    **creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   Eurofresh of Tinley Park, Inc.
         _____        Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 22, 2016
               _____
               MM / DD / YYYY

**X** /s/ Francis E. Fortini                          Francis E. Fortini
_____           _____
Signature of authorized representative of debtor      Printed name

Title    President
         _____

**18. Signature of attorney**

**X** /s/ Bruce C. Scalambrino                    Date   November 22, 2016
_____                   _____
Signature of attorney for debtor                        MM / DD / YYYY

Bruce C. Scalambrino
_____
Printed name

Scalambrino & Arnoff, LLP
_____
Firm name

One North LaSalle Street
Suite 1600
Chicago, IL 60602
_____
Number, Street, City, State & ZIP Code

Contact phone   312-629-0545          Email address   bcs@sacounsel.com
                _____                        _____

ARDC 06193809
_____
Bar number and State

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (*if known*) | |
|--------|-------------------------------|--------------------------|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/22/2016
            MM / DD / YYYY

X _Francis E. Fortini_                          Francis E. Fortini
Signature of authorized representative of debtor   Printed name

Title   President

**18. Signature of attorney**

X _____                    Date   11/22/2016
Signature of attorney for debtor                      MM /DD / YYYY

Bruce C. Scalambrino
Printed name

Scalambrino & Arnoff, LLP
Firm name

One North LaSalle Street
Suite 1600
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Contact phone   312-629-0545      Email address   bcs@sacounsel.com

ARDC 06193809
Bar number and State

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

# EUROFRESH OF TINLEY PARK, INC.

# ATTACHMENT TO OFFICAL FORM 201

## VOLUNTARY PETITION FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY

Pursuant to a Joint Letter Agreement (the "Agreement") entered into between Eurofresh of Tinley Park, Inc. ("Debtor" or "Eurofresh"), Piggly Wiggly Midwest, LLC ("PWM"), PJR Properties, LLC, Frank Fortini and Elaine Fortini dated October 25, 2014, Debtor operated a retail grocery store located at 16000 S. Harlem Avenue in Tinley Park, Illinois (the "Store"). PWM was Debtor's primary wholesale supplier.

Section 4.1 of the Agreement provided that upon delivery of notice from PWM to Debtor, PWM could terminate Debtor's right to operate the Store.  PWM delivered such a termination notice to Debtor on August 25, 2016, pursuant to which Debtor's right to operate the store was terminated as of 11:59 p.m. on August 27, 2016 (the "Termination").  In accordance with the terms of the Agreement and in connection with the Termination, the Debtor relinquished to PWM the following Surrendered Assets (as defined with the Agreement):

- Cash and Cash Equivalents.  All of the cash and cash equivalents, of Eurofresh, including all of Eurofresh's Bank Accounts.
- Accounts Receivable.  All notes, drafts and accounts receivable of any kind belonging to Eurofresh , including coupons, rebates and vendor promotional allowances relating to the operation of the Store.
- Store Merchandise.  All of the merchandise for resale to customers held at the Store.
- Equipment.  All equipment, fixtures, furniture, leasehold improvements and all other personal literature and similar materials of the Store.
- Licenses.  All licenses, permits, authorizations and approvals of or relating to the operation of the Store, including, without limitation, the business registration certificate or seller's permit, restaurant license, WIC license, food stamps license, liquor license and lottery license for the Store.
- Other.  All other contents of the Store including all prepaid items and other intangible rights and assets of Eurofresh relating to the operation of the Store.

Section 5.2 of the Agreement also provided that upon Termination, PWM "shall assume and/or discharge Eurofresh of any wholesale accounts payable owed by Eurofresh to [PWM] **as well as any third party authorized vendors** (emphasis added), if incurred under the supervision and approval of [PWM], in accordance with [PWM] policies and guidelines."  Despite this provision within the Agreement, PWM has refused to make any payments to the third party

authorized vendors, i.e. Debtor's creditors listed on its Schedule E/F filed herein.  The payment due from PWM to Debtor's creditors is the substance of the account receivable set forth within Schedule A/B, Part 3, no. 11 filed in this case.

As a result of the Termination and tendering of the Surrendered Assets, Debtor has no other property than what is listed within its Schedule A/B filed herein.

**Fill in this information to identify the case:**

Debtor name    Eurofresh of Tinley Park, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 22, 2016     **X** /s/ Francis E. Fortini
                                    Signature of individual signing on behalf of debtor

                                      Francis E. Fortini
                                      Printed name

                                      President
                                      Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ____Eurofresh of Tinley Park, Inc._____

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS_____

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/22/2016__        x __*Francis E Fortini*__
                                         Signature of individual signing on behalf of debtor

                                         Francis E. Fortini
                                         Printed name

                                         President
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Eurofresh of Tinley Park, Inc.___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:    Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................... $ ___0.00___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................... $ ___724,219.94___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................ $ ___724,219.94___

---

**Part 2:    Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ ___697,627.00___

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ ___0.00___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ ___606,678.97___

4.   **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b          $ ___1,304,305.97___

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Eurofresh of Tinley Park, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number | | |
| | Shorewood Bank & Trust<br>931 Brook Forest Avenue<br>Shorewood, IL 60404<br>(account surrendered to Piggly Wiggly<br>Midwest LLC on August 27, 2016- see<br>attachment to petition) | | |
| 3.1. | (balance as of August 31, 2016)    Checking account    0401 | | $180,426.36 |

| | | |
|---|---|---|
| 4. | **Other cash equivalents** *(Identify all)* | |
| 5. | **Total of Part 1.**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $180,426.36 |

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| Debtor | Eurofresh of Tinley Park, Inc. | Case number *(If known)* | |
|--------|-------------------------------|-------------------------|---|
| | Name | | |

| 11a. 90 days old or less: | 543,793.58 | - | 0.00 | = .... | $543,793.58 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $543,793.58 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor      Eurofresh of Tinley Park, Inc.                                    Case number *(If known)*  _____
_____
Name

■ No.  Go to Part 12.
□ Yes Fill in the information below.

Debtor   Eurofresh of Tinley Park, Inc. _____   Case number *(If known)* _____
            Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $180,426.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $543,793.58 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $724,219.94 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $724,219.94 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Eurofresh of Tinley Park, Inc._

United States Bankruptcy Court for the: _NORTHERN DISTRICT OF ILLINOIS_

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** | **Piggly Wiggly Midwest LLC**
Creditor's Name

2215 Union Avenue
Sheboygan, WI 53081
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
August, 2014
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
All of debtor's assets

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

$697,627.00 | $920,000.00

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $697,627.00

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ Eurofresh of Tinley Park, Inc. _____

United States Bankruptcy Court for the: _____ NORTHERN DISTRICT OF ILLINOIS _____

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $156.24 |
|---|---|---|---|

Advantage Chemical Partners
P.O. Box 1221
New Lenox, IL 60451

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,567.65 |
|---|---|---|---|

Amigos Foods
5251 South Millard
Chicago, IL 60632

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,481.92 |
|---|---|---|---|

Anthony Marano Company
3000 South Ashland Avenue
Suite 100
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $195.44 |
|---|---|---|---|

Anton-Argires, Inc.
12345 South Latrobe Avenue
Alsip, IL 60803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address**
Arthur Capps

**Date(s) debt was incurred** _Prior to petition date_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$663.62

---

**3.6** | **Nonpriority creditor's name and mailing address**
Aryzta, LLC
7090 Collection Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _Prior to petition date_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$520.80

---

**3.7** | **Nonpriority creditor's name and mailing address**
Ashland Sausage
280 Westgate Drive
Carol Stream, IL 60188

**Date(s) debt was incurred** _Prior to petition date_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$3,320.61

---

**3.8** | **Nonpriority creditor's name and mailing address**
Athenian Foods
1814 North 15th Avenue
Melrose Park, IL 60160

**Date(s) debt was incurred** _Prior to petition date_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$3,906.89

---

**3.9** | **Nonpriority creditor's name and mailing address**
Baltic Food Distributing, Inc.
1349 Enterprise Drive
Romeoville, IL 60446

**Date(s) debt was incurred** _Prior to petition date_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$6,287.41

---

**3.10** | **Nonpriority creditor's name and mailing address**
Banner Wholesale Grocers
3000 South Ashland Avenue
Chicago, IL 60608

**Date(s) debt was incurred** _Prior to petition date_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$2,273.33

---

**3.11** | **Nonpriority creditor's name and mailing address**
Basciani Foods, Inc.
8876 Gap Network Pike
Avondale, PA 19311

**Date(s) debt was incurred** _Prior to petition date_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,042.00

---

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,119.43 |
|---|---|---|---|

**3.12** Nonpriority creditor's name and mailing address
Battaglia Distributing, Inc.
2500 South Ashland Avenue
Chicago, IL 60608

**Date(s) debt was incurred** _Prior to petition date_
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,119.43

---

**3.13** Nonpriority creditor's name and mailing address
Bimbo Foods, Inc.
P.O. Box 827810
Philadelphia, PA 19182-7810

**Date(s) debt was incurred** _Prior to petition date_
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,591.54

---

**3.14** Nonpriority creditor's name and mailing address
Bob Brown

**Date(s) debt was incurred** _Prior to petition date_
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$63.16

---

**3.15** Nonpriority creditor's name and mailing address
Breakthru Beverage
P.O. Box 809180
Chicago, IL 60680

**Date(s) debt was incurred** _Prior to petition date_
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,878.17

---

**3.16** Nonpriority creditor's name and mailing address
Bridgford Marketing
P.O. Box 843251
Los Angeles, CA 90084-3251

**Date(s) debt was incurred** _Prior to petition date_
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$191.82

---

**3.17** Nonpriority creditor's name and mailing address
Calma Optimal Food, Ltd.
10915 Franklin Avenue
Franklin Park, IL 60131

**Date(s) debt was incurred** _Prior to petition date_
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$967.20

---

**3.18** Nonpriority creditor's name and mailing address
Cameron's Coffee Company
5700 12th Avenue
East Shakopee, MN 55379

**Date(s) debt was incurred** _Prior to petition date_
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$81.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address
Cargill
P.O. Box 843973
Dallas, TX 75284-3973

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$15,106.23**

---

**3.20** | Nonpriority creditor's name and mailing address
Castillo Brothers Enterprises, Inc.
4269 West Annlurie
Chicago, IL 60632

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$955.54**

---

**3.21** | Nonpriority creditor's name and mailing address
Chicago Meats and Cheese
9234 West Belmont Avenue
Franklin Park, IL 60131

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$247.19**

---

**3.22** | Nonpriority creditor's name and mailing address
Chicago Sales Direct Distribution Co.
4139 West Ogden Avenue
Chicago, IL 60623

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$605.43**

---

**3.23** | Nonpriority creditor's name and mailing address
Chicago Seafood
4433 West 42nd Place
Chicago, IL 60632

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$2,609.89**

---

**3.24** | Nonpriority creditor's name and mailing address
Coca Cola
2335 Payshere Circle
Chicago, IL 60674

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$8,090.22**

---

**3.25** | Nonpriority creditor's name and mailing address
Commworld of Chicago
724 North Iowa Avenue
Villa Park, IL 60181

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

**$258.14**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,156.70 |
|---|---|---|
| Crawford Sausage Co., Inc.<br>2310 South Pulaski Road<br>Chicago, IL 60623 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** Prior to petition date | **Basis for the claim:** Trade debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,709.75 |
|---|---|---|
| D'Amato's Bakery<br>1125 West Grand Avenue<br>Chicago, IL 60642 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** Prior to petition date | **Basis for the claim:** Trade debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,026.82 |
|---|---|---|
| Dean's Dairy<br>23682 Network Place<br>Chicago, IL 60673-1236 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** Prior to petition date | **Basis for the claim:** Trade debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.02 |
|---|---|---|
| Dish<br>P.O. Box 94063<br>Palatine, IL 60094-4063 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** Prior to petition date | **Basis for the claim:** Trade debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,107.91 |
|---|---|---|
| Dunbar Armored Inc.<br>P.O. Box 64115<br>Baltimore, MD 21264-4115 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** Prior to petition date | **Basis for the claim:** Trade debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.90 |
|---|---|---|
| Dunbar Security Products<br>P.O. Box 333<br>Baltimore, MD 21203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** Prior to petition date | **Basis for the claim:** Trade debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $583.48 |
|---|---|---|
| Dutch Farms, Inc.<br>700 East 107th Street<br>Chicago, IL 60628 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** Prior to petition date | **Basis for the claim:** Trade debt | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,492.40 |
|---|---|---|---|

Eagle Distributors, Inc.
5632 N. Northwest Highway
Chicago, IL 60646

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $289.25 |
|---|---|---|---|

Eagle Products Inc.
3661 South Iron
Chicago, IL 60609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $509.97 |
|---|---|---|---|

Earthgrains Baking Company
P.O. Box 842437
Boston, MA 02284-2437

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $788.79 |
|---|---|---|---|

Edward Kulinski
711 Newberry
La Grange Park, IL 60526

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,612.25 |
|---|---|---|---|

Egysnacks, Inc.
7535 West 99th Place
Bridgeview, IL 60455

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $943.56 |
|---|---|---|---|

Eilliens
P.O. Box 28017
Green Bay, WI 54324

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $670.00 |
|---|---|---|---|

El Matador
P.O. Box 1881
Oak Park, IL 60304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $503.76 |
|---|---|---|---|

El Popular
910 East Chicago Avenue
P.O. Box 328
East Chicago, IN 46312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $973.40 |
|---|---|---|---|

El Ranchero
2547 South Kedzie Avenue
Chicago, IL 60623

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $577.57 |
|---|---|---|---|

FBC of Ohio, LLC
P.O. Box 847871
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,776.27 |
|---|---|---|---|

Ferdel Promotions
3730 West 38th Street
Chicago, IL 60632

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,522.55 |
|---|---|---|---|

Food Depot International
1178 Flex Court
Lake Zurich, IL 60047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,769.12 |
|---|---|---|---|

Frito Lay
75 Remittance Drive
Suite 1217
Chicago, IL 60675-1217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $173.34 |
|---|---|---|---|

General Pet Supply
7711 North 81st Street
Milwaukee, WI 53224-9531

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor  Eurofresh of Tinley Park, Inc.

Case number (if known) _____

Name

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $390.00 |
|---|---|---|---|

Genesis Electric
356 Lively Blvd.
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $468.00 |
|---|---|---|---|

George's Sign Service
P.O. Box 184
Palos Park, IL 60464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $143.56 |
|---|---|---|---|

Glacier Water Services
1385 Park Center Drive
Vista, CA 92081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $36,696.36 |
|---|---|---|---|

Golden Country
2355 South Blue Island Avenue
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $96.00 |
|---|---|---|---|

Golden Ocean Seafood
2355 South Blue Island Avenue
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $917.40 |
|---|---|---|---|

Gourmet International
6605 Broadmoor Avenue, S.E.
Caledonia, MI 49316

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,852.02 |
|---|---|---|---|

Goya Foods, Inc.
1401 Remington Blvd.
Bolingbrook, IL 60490

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,183.70 |
|---|---|---|---|

Grand Prix
6153 West Mulford Street
Niles, IL 60714

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,843.00 |
|---|---|---|---|

Great Lakes Cookies
P.O. Box 1490
Belton, MO 64012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.34 |
|---|---|---|---|

Greenridge Fram
2355 Greenleaf Avenue
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,906.00 |
|---|---|---|---|

Grofresh
1441 Brewster Creek Blvd.
Bartlett, IL 60103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,849.51 |
|---|---|---|---|

Grupo Premier Foods LLC
2420 Lunt Avenue
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,232.16 |
|---|---|---|---|

Gus Meat's Inc.
13633 Cherry Lane
Orland Park, IL 60462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $563.50 |
|---|---|---|---|

Hassoon Bakery
7401 West 90th Street
Bridgeview, IL 60455

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor  Eurofresh of Tinley Park, Inc.                                      Case number (if known)
_____    _____
        Name

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $580.44 |

Hinckley Springs
P.O. Box 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $441.00 |

Honey Wafer Baking Company
13952 South Kildare
Crestwood, IL 60445

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,602.01 |

Humana Health Plan, Inc.
P.O. Box 528
Carol Stream, IL 60132-0528

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,335.60 |

IL Giardino
2859 North Harlem Avenue
Chicago, IL 60707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $62,900.39 |

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt - sales tax_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40,442.00 |

Jack Tuchten Wholesale Produce, Inc.
2404 South Wolcott
Unit 31
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,238.78 |

Joseph Antognoli & Company
1800 North Pulaski Road
Chicago, IL 60639

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $246.00 |
|---|---|---|---|

JR Dessert Bakery
2841 West Howard Street
Chicago, IL 60645-1228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $375.60 |
|---|---|---|---|

Kasia's
440 North Oakley Blvd.
Chicago, IL 60612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,306.53 |
|---|---|---|---|

Kehe Distributors
24973 Network Place
Chicago, IL 60673-1249

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,289.60 |
|---|---|---|---|

Kovala
5808 North Milwaukee Avenue
Chicago, IL 60646

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,797.74 |
|---|---|---|---|

Krinos Foods
47-00 Northern Blvd.
Long Island City, NY 11101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $370.90 |
|---|---|---|---|

La Mexicana Tortilleria, Inc.
2703 South Kedzie Avenue
Chicago, IL 60623

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,026.51 |
|---|---|---|---|

La Preferida
P.O. Box 32260
Chicago, IL 60632-0260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  Eurofresh of Tinley Park, Inc. _____  Case number (if known) _____
Name

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $456.85 |
|---|---|---|---|

Label Force Inc.
1904 Devonshire Court
Oswego, IL 60543

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,168.00 |
|---|---|---|---|

Lang Ice Company
3600 West 59th Street
Chicago, IL 60629

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,992.50 |
|---|---|---|---|

Lea Foods, Inc.
P.O. Box 265
Wheeling, IL 60090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $611.65 |
|---|---|---|---|

Lechner & Sons
420 Kingston Court
Mount Prospect, IL 60056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,211.21 |
|---|---|---|---|

Lewis Baking
1957 Momentum Place
Chicago, IL 60689

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $168.00 |
|---|---|---|---|

Libanais Sweets
4708 West Touhy Avenue
Lincolnwood, IL 60712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $615.85 |
|---|---|---|---|

Liborio Baking Company
8212 West Grand Avenue
P.O. Box 328
River Grove, IL 60171

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.82 | **Nonpriority creditor's name and mailing address**<br>Lifeway Foods, Inc.<br>6431 West Oakton Street<br>Morton Grove, IL 60053 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $548.40 |
|---|---|---|---|
| | **Date(s) debt was incurred** _Prior to petition date_ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address**<br>Lipari<br>26661 Bunert Road<br>Warren, MI 48089-1476 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,193.27 |
|---|---|---|---|
| | **Date(s) debt was incurred** _Prior to petition date_ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address**<br>Lowell International Foods<br>9234 West Belmont Avenue<br>Franklin Park, IL 60131 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,535.96 |
|---|---|---|---|
| | **Date(s) debt was incurred** _Prior to petition date_ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address**<br>Maday's Wholesale Greenhouses, Inc.<br>2215 East Richton Road<br>Crete, IL 60417 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $627.50 |
|---|---|---|---|
| | **Date(s) debt was incurred** _Prior to petition date_ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address**<br>Mahoney Environmental<br>37458 Eagle Way<br>Chicago, IL 60678-1374 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $330.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _Prior to petition date_ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address**<br>Mapre, Inc.<br>588 West Taylor Road<br>Romeoville, IL 60446 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $680.35 |
|---|---|---|---|
| | **Date(s) debt was incurred** _Prior to petition date_ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address**<br>Maror Floor Care<br>P.O. Box 493<br>Morton Grove, IL 60053 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,748.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _Prior to petition date_ | **Basis for the claim:** _Trade debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.89**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $265.00 |
|---|---|---|
| McCloud Services | ☐ Contingent | |
| 1635 North Lancaster Road | ☐ Unliquidated | |
| South Elgin, IL 60177-2703 | ☐ Disputed | |
| **Date(s) debt was incurred** _Prior to petition date_ | **Basis for the claim:** _Trade debt_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $681.53 |
|---|---|---|
| McKee Foods Corporation | ☐ Contingent | |
| P.O. Box 2118 | ☐ Unliquidated | |
| Collegedale, TN 37315-2118 | ☐ Disputed | |
| **Date(s) debt was incurred** _Prior to petition date_ | **Basis for the claim:** _Trade debt_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $525.00 |
|---|---|---|
| MF Construction | ☐ Contingent | |
| 16840 South Kilpatrick | ☐ Unliquidated | |
| Tinley Park, IL 60477 | ☐ Disputed | |
| **Date(s) debt was incurred** _Prior to petition date_ | **Basis for the claim:** _Trade debt_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,490.65 |
|---|---|---|
| Mi Costenita | ☐ Contingent | |
| 4251 West 129th Street | ☐ Unliquidated | |
| Alsip, IL 60803 | ☐ Disputed | |
| **Date(s) debt was incurred** _Prior to petition date_ | **Basis for the claim:** _Trade debt_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,536.54 |
|---|---|---|
| Midwest Family Mutual Insurance Co. | ☐ Contingent | |
| P.O. Box 9425 | ☐ Unliquidated | |
| Minneapolis, MN 55440 | ☐ Disputed | |
| **Date(s) debt was incurred** _Prior to petition date_ | **Basis for the claim:** _Trade debt_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,033.86 |
|---|---|---|
| Midwest Perishables, Inc. | ☐ Contingent | |
| P.O. Box 184 | ☐ Unliquidated | |
| Mount Horeb, WI 53572 | ☐ Disputed | |
| **Date(s) debt was incurred** _Prior to petition date_ | **Basis for the claim:** _Trade debt_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.95**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,117.00 |
|---|---|---|
| Miguel Ballesteros Dist. | ☐ Contingent | |
| P.O. Box 388806 | ☐ Unliquidated | |
| Chicago, IL 60638-8806 | ☐ Disputed | |
| **Date(s) debt was incurred** _Prior to petition date_ | **Basis for the claim:** _Trade debt_ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Eurofresh of Tinley Park, Inc. | | |
| --- | --- | --- | --- |
| | Name | Case number (if known) | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $772.30 |
| --- | --- | --- | --- |

Milano Baking, Inc.
433 South Chicago Street
Joliet, IL 60436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,713.67 |
| --- | --- | --- | --- |

Mission Foods
Lockbox 843789
Dallas, TX 75284-3789

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $821.34 |
| --- | --- | --- | --- |

Molino Baking Co.
13030 South Western Avenue
Blue Island, IL 60406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,530.51 |
| --- | --- | --- | --- |

Mondelez Global LLC
P.O. Box 70064
Chicago, IL 60673-0064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,227.14 |
| --- | --- | --- | --- |

Nealey Foods Inc.
900 West Fulton Market
Chicago, IL 60607-1309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _0131_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,833.67 |
| --- | --- | --- | --- |

Nestle USA, INc.
P.O. Box 841933
Dallas, TX 75284-1933

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $192.09 |
| --- | --- | --- | --- |

Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   Eurofresh of Tinley Park, Inc.
Name

Case number (if known)

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $803.27 |
|---|---|---|---|

Oberweis Dairy
951 Ice Cream Drive
Sweet One
North Aurora, IL 60542

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,540.70 |
|---|---|---|---|

Olympia Bakery
9220 South Roberts Road
Hickory Hills, IL 60457

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,952.53 |
|---|---|---|---|

Orlando Imports
191 Tubeway Drive
Carol Stream, IL 60188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $617.60 |
|---|---|---|---|

Palermo Villa, Inc.
P.O. Box 78805
Milwaukee, WI 53278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,391.06 |
|---|---|---|---|

Pan-O-Gold Baking Co.
P.O. Box 1450
Minneapolis, MN 55485-6283

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,655.58 |
|---|---|---|---|

Peoria Packing, Ltd.
1307-09 West Lake Street
Chicago, IL 60607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,295.08 |
|---|---|---|---|

Pepsi Beverages Company
P.O. Box 75948
Chicago, IL 60675-5948

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _Prior to petition date_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Eurofresh of Tinley Park, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.110** | **Nonpriority creditor's name and mailing address** | | **$2,993.10**

Pinnale Propane Express
1375 Tri-State Parkway
Suite 100
Gurnee, IL 60031

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | | **$581.07**

Polish Folklore Import Company
2428 Rose Street
Franklin Park, IL 60131

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | | **$857.00**

Power Distributing
24537 Network Place
Chicago, IL 60673-1245

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | | **$820.68**

Power Play Distributors
9550 West 55th Street
Suite C
McCook, IL 60525

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | | **$256.91**

Prodigy Printing & Promotions
900 Odgen Avenue
#310
Downers Grove, IL 60515

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | | **$331.19**

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | | **$12,207.61**

R.J. Food Brokers
P.O. Box 1162
Westmont, IL 60559

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,480.00 |
|---|---|---|---|
| | Racine Bakery | ☐ Contingent | |
| | 6216 West Archer Avenue | ☐ Unliquidated | |
| | Chicago, IL 60638 | ☐ Disputed | |
| | **Date(s) debt was incurred** Prior to petition date | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,795.50 |
|---|---|---|---|
| | Raja Foods | ☐ Contingent | |
| | 8110 N. St. Louis Avenue | ☐ Unliquidated | |
| | Skokie, IL 60076 | ☐ Disputed | |
| | **Date(s) debt was incurred** Prior to petition date | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,299.50 |
|---|---|---|---|
| | Randolph Packing Co. | ☐ Contingent | |
| | 275 Roma Jean Parkway | ☐ Unliquidated | |
| | Streamwood, IL 60107 | ☐ Disputed | |
| | **Date(s) debt was incurred** Prior to petition date | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $523.50 |
|---|---|---|---|
| | Ready Refresh | ☐ Contingent | |
| | P.O. Box 856680 | ☐ Unliquidated | |
| | Louisville, KY 40285-6680 | ☐ Disputed | |
| | **Date(s) debt was incurred** Prior to petition date | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,346.72 |
|---|---|---|---|
| | Regal Health Food | ☐ Contingent | |
| | 3705 West Grand Avenue | ☐ Unliquidated | |
| | Chicago, IL 60651 | ☐ Disputed | |
| | **Date(s) debt was incurred** Prior to petition date | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,394.00 |
|---|---|---|---|
| | Regent Products Corp. | ☐ Contingent | |
| | P.O. Box 6681 | ☐ Unliquidated | |
| | Carol Stream, IL 60197-6681 | ☐ Disputed | |
| | **Date(s) debt was incurred** Prior to petition date | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,469.73 |
|---|---|---|---|
| | Rubinelli, Inc. | ☐ Contingent | |
| | 590 West Crossroads Parkway | ☐ Unliquidated | |
| | Bolingbrook, IL 60440-3554 | ☐ Disputed | |
| | **Date(s) debt was incurred** Prior to petition date | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,901.76**

S-L Distribution Company
P.O. Box 62814
Baltimore, MD 21264-2814

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | | **$6,054.00**

Sanabel Bakery
4213 North Kedzie
Chicago, IL 60618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | | **$269.88**

Schwan's Consumer Brands, Inc.
P.O. Box 532066
Atlanta, GA 30353-2066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | | **$2,225.17**

Southern Wine & Spirits
2971 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | | **$1,573.66**

Southern Wisconsin News, Inc.
58 Artisan Drive
Edgerton, WI 53534

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | | **$903.68**

Square Enterprises
9347 Seymour Avenue
Schiller Park, IL 60176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | | **$19,366.50**

Strube Celery & Vegetable Co.
2404 South Wolcott Avenue
Units 16-20
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 3419

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com |

| Debtor | Eurofresh of Tinley Park, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.131** | **Nonpriority creditor's name and mailing address**

Supreme Lobster
220 East North Avenue
Villa Park, IL 60181-1221

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$6,281.21

---

**3.132** | **Nonpriority creditor's name and mailing address**

Systems Maintenance Corp.
150 West St. Charles Road
Unit 203
Lombard, IL 60148

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$545.00

---

**3.133** | **Nonpriority creditor's name and mailing address**

Testone Mechanical, Inc.
570 Stevenson Road
Suite 5
South Elgin, IL 60177

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$5,931.50

---

**3.134** | **Nonpriority creditor's name and mailing address**

The American Bottling Company
21431 Network Place
Chicago, IL 60673-1214

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$6,433.68

---

**3.135** | **Nonpriority creditor's name and mailing address**

The Tassos Group
Two Mid America Plaza
Suite 520
Oakbrook Terrace, IL 60181

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$147.59

---

**3.136** | **Nonpriority creditor's name and mailing address**

Today's Temptations, Inc.
1900 N. Austin
Chicago, IL 60639

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$1,548.80

---

**3.137** | **Nonpriority creditor's name and mailing address**

Tribune Media Group
14839 Collections Center Drive
Chicago, IL 60693-0148

**Date(s) debt was incurred** Prior to petition date

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$15,505.20

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$317.16**

Turano Baking Co.
36749 Eagle Way
Chicago, IL 60678-1367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,041.78**

Usingers
1030 N. Old World Third St.
Milwaukee, WI 53203-0980

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,373.48**

V&V Supremo
P.O. Box 87618
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$980.29**

V. Formusa Co., Inc.
2150 Oxford Road
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,764.52**

Vans Floral Products
3730 West 131st Street
Alsip, IL 60803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,649.19**

Vitner's Snacks
62563 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,790.39**

Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $41,568.59 |
|---|---|---|---|

Weinstein Wholesale Meats, Inc.
P.O. Box 7696
Carol Stream, IL 60197-7696

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,910.41 |
|---|---|---|---|

Wiscon Corporation
2050 North 15th Avenue
Melrose Park, IL 60160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,736.00 |
|---|---|---|---|

YPV Distribution
160 Scott Street
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,844.03 |
|---|---|---|---|

Ziyad Brothers Importing
5400 West 35th Street
Cicero, IL 60804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Prior to petition date

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | Davis and Goldmark, Inc.<br>P.O. Box 2009<br>Riverside, CA 92516 | Line 3.58<br><br>☐ Not listed. Explain ___ | 0884 |
| 4.2 | Mary Jean Fassett<br>McCarron & Diess<br>4530 Wisconsin Avenue, N.W.<br>Suite 301<br>Washington, DC 20016 | Line 3.130<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | Nealey's Foods, Inc.<br>P.O. Box 92170<br>Elk Grove Village, IL 60009-2170 | Line 3.100<br><br>☐ Not listed. Explain ___ | _ |
| 4.4 | Nery & Richardson LLC<br>4258 West 63rd Street<br>Chicago, IL 60629 | Line 3.95<br><br>☐ Not listed. Explain ___ | _ |

| Debtor | Eurofresh of Tinley Park, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | Vengroff Williams, Inc.<br>P.O. Box 4155<br>Sarasota, FL 34230-4155 | Line 3.16<br>☐ Not listed. Explain ____ | 7232 |
| 4.6 | William B. Kohn<br>Law Offices of William B. Kohn<br>29 East Madison Street<br>Suite 1000<br>Chicago, IL 60602 | Line 3.130<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 606,678.97 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 606,678.97 |

**Fill in this information to identify the case:**

Debtor name _____Eurofresh of Tinley Park, Inc._____

United States Bankruptcy Court for the: _____NORTHERN DISTRICT OF ILLINOIS_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Eurofresh of Tinley Park, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |

**2.1** _____

Street _____

City ____ State ____ Zip Code ____

_____

☐ D
☐ E/F
☐ G

**2.2** _____

Street _____

City ____ State ____ Zip Code ____

_____

☐ D
☐ E/F
☐ G

**2.3** _____

Street _____

City ____ State ____ Zip Code ____

_____

☐ D
☐ E/F
☐ G

**2.4** _____

Street _____

City ____ State ____ Zip Code ____

_____

☐ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name ___Eurofresh of Tinley Park, Inc.___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  1/01/2016 to Filing Date | ■ Operating a business ☐ Other _____ | $6,079,500.00 |
| For prior year: From  1/01/2015 to 12/31/2015 | ■ Operating a business ☐ Other _____ | $11,965,885.00 |
| For year before that: From  1/01/2014 to 12/31/2014 | ■ Operating a business ☐ Other _____ | $14,587,951.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor   Eurofresh of Tinley Park, Inc.                                           Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Piggly Wiggly Midwest LLC<br>2215 Union Avenue<br>Sheboygan, WI 53081 | August 24, 2016 | $40,817.82 | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Strube Celery & Vegetable Co. v. Eurofresh of Tinley Park, Inc. and Francis E. Fortini, Sr.<br>16-cv-9552 | Enforce Payment from Produce Trust | U.S. District Court, N.D. Illinois<br>219 South Dearborn Street<br>Chicago, IL 60604 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

| Debtor | Eurofresh of Tinley Park, Inc. | Case number *(if known)* | |
|---|---|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11.  **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Scalambrino & Arnoff, LLP<br>One North LaSalle Street<br>Suite 1600<br>Chicago, IL 60602 | Attorney fees and chapter 7 filing fee | November, 2016 | $3,835.00 |
| | **Email or website address**<br>www.sacounsel.com | | | |
| | **Who made the payment, if not debtor?**<br>Francis E. Fortini | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor  Eurofresh of Tinley Park, Inc.                    Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. <br><br> Piggly Wiggly Midwest LLC <br> 2215 Union Avenue <br> Sheboygan, WI 53081 | Surrendered Assets (cash and cash equivalents, accounts receivable, store merchandise, equipment, supplies and promotional material, licenses and other store contents) as defined within Joint Letter Agreement between Eurofresh of Tinley Park, Inc., Piggly Wiggly Midwest LLC, PJR Properties, LLC, Frank Fortini and Elaine Fortini, dated October 25, 2014 | August 27, 2016 | $920,000.00 |
| Relationship to debtor <br> None | | | |

---

## Part 7:  Previous Locations

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. 16000 South Harlem Avenue <br> Tinley Park, IL 60477 | October, 2014 - August, 2016 |

---

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☑ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

---

Debtor   Eurofresh of Tinley Park, Inc.                                     Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wintrust Bank (IBusiness Banking) 231 South LaSalle Street Chicago, IL 60604 | XXXX-6582 | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other  Illinois Lottery checking account | Account closed by Illinois Department of the Lottery on or about September 1, 2016 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

| Debtor | Eurofresh of Tinley Park, Inc. | | Case number *(if known)* | |

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.   Piggly Wiggly Midwest LLC 2215 Union Avenue Sheboygan, WI 53081 | October, 2014 - August, 2016 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1.   Demarco, Kinnaman, Lewis & Co 300 Knightsbridge Parkway Suite 350 Lincolnshire, IL 60069 | October, 2014 - August, 2016 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

Debtor    Eurofresh of Tinley Park, Inc.                                Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Piggly Wiggly Midwest LLC<br>2215 Union Avenue<br>Sheboygan, WI 53081 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Francis E. Fortini | August, 2016 | $798,286 (cost basis) |
| | **Name and address of the person who has possession of inventory records** | | |
| | Francis E. Fortini<br>24010 West Quail Court<br>Plainfield, IL 60544 | | |
| 27.2. | Francis E. Fortini | January, 2016 | $816,637 (cost basis) |
| | **Name and address of the person who has possession of inventory records** | | |
| | Francis E. Fortini<br>24010 West Quail Court<br>Plainfield, IL 60544 | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Francis E. Fortini | 24010 West Quail Court<br>Plainfield, IL 60544 | Sole director, officer and shareholder | 100% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    Eurofresh of Tinley Park, Inc. _____    Case number *(if known)* _____

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Francis E. Fortini<br>24010 West Quail Court<br>Plainfield, IL 60544 | $85,000 per year salary (reduced to $72,800 per year on August 12, 2016) | November, 2015 through August, 2016 | Salary |
| Relationship to debtor<br>Sole director, officer and shareholder | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____November 22, 2016_____

/s/ Francis E. Fortini _____          Francis E. Fortini _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    _____President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Eurofresh of Tinley Park, Inc.          Case No.
                                Debtor(s)        Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $      3,835.00 |
| Prior to the filing of this statement I have received | $      3,835.00 |
| Balance Due | $      0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):    Francis E. Fortini

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
         Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| November 22, 2016 | /s/ Bruce C. Scalambrino |
| *Date* | Bruce C. Scalambrino |
| | *Signature of Attorney* |
| | Scalambrino & Arnoff, LLP |
| | One North LaSalle Street |
| | Suite 1600 |
| | Chicago, IL 60602 |
| | 312-629-0545  Fax: 312-629-0550 |
| | bcs@sacounsel.com |
| | *Name of law firm* |

---

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Northern District of Illinois

In re  Eurofresh of Tinley Park, Inc. _____  Case No. _____

_____ Debtor(s)   Chapter    7   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 3,835.00 |
| Prior to the filing of this statement I have received | $ | 3,835.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    Francis E. Fortini

3.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
     Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_11/22/2016_____        _____
Date                                 Bruce C. Scalambrino
                                     Signature of Attorney
                                     Scalambrino & Arnoff, LLP
                                     One North LaSalle Street
                                     Suite 1600
                                     Chicago, IL 60602
                                     312-629-0545  Fax: 312-629-0550
                                     bcs@sacounsel.com
                                     Name of law firm

# United States Bankruptcy Court
## Northern District of Illinois

In re    Eurofresh of Tinley Park, Inc.                                             Case No.
                                                    Debtor(s)        Chapter    7


# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    155


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:    November 22, 2016                    /s/ Francis E. Fortini
                                              Francis E. Fortini/President
                                              Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re    Eurofresh of Tinley Park, Inc.                              Case No.
                                        Debtor(s)                    Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                 155

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  11/22/2016

Francis E. Fortini/President
Signer/Title

Advantage Chemical Partners
P.O. Box 1221
New Lenox, IL 60451


Amigos Foods
5251 South Millard
Chicago, IL 60632


Anthony Marano Company
3000 South Ashland Avenue
Suite 100
Chicago, IL 60608


Anton-Argires, Inc.
12345 South Latrobe Avenue
Alsip, IL 60803


Arthur Capps


Aryzta, LLC
7090 Collection Center Drive
Chicago, IL 60693


Ashland Sausage
280 Westgate Drive
Carol Stream, IL 60188


Athenian Foods
1814 North 15th Avenue
Melrose Park, IL 60160


Baltic Food Distributing, Inc.
1349 Enterprise Drive
Romeoville, IL 60446


Banner Wholesale Grocers
3000 South Ashland Avenue
Chicago, IL 60608


Basciani Foods, Inc.
8876 Gap Network Pike
Avondale, PA 19311

Battaglia Distributing, Inc.
2500 South Ashland Avenue
Chicago, IL 60608

Bimbo Foods, Inc.
P.O. Box 827810
Philadelphia, PA 19182-7810

Bob Brown

Breakthru Beverage
P.O. Box 809180
Chicago, IL 60680

Bridgford Marketing
P.O. Box 843251
Los Angeles, CA 90084-3251

Calma Optimal Food, Ltd.
10915 Franklin Avenue
Franklin Park, IL 60131

Cameron's Coffee Company
5700 12th Avenue
East Shakopee, MN 55379

Cargill
P.O. Box 843973
Dallas, TX 75284-3973

Castillo Brothers Enterprises, Inc.
4269 West Annlurie
Chicago, IL 60632

Chicago Meats and Cheese
9234 West Belmont Avenue
Franklin Park, IL 60131

Chicago Sales Direct Distribution Co.
4139 West Ogden Avenue
Chicago, IL 60623

Chicago Seafood
4433 West 42nd Place
Chicago, IL 60632

Coca Cola
2335 Payshere Circle
Chicago, IL 60674

Commworld of Chicago
724 North Iowa Avenue
Villa Park, IL 60181

Crawford Sausage Co., Inc.
2310 South Pulaski Road
Chicago, IL 60623

D'Amato's Bakery
1125 West Grand Avenue
Chicago, IL 60642

Davis and Goldmark, Inc.
P.O. Box 2009
Riverside, CA 92516

Dean's Dairy
23682 Network Place
Chicago, IL 60673-1236

Dish
P.O. Box 94063
Palatine, IL 60094-4063

Dunbar Armored Inc.
P.O. Box 64115
Baltimore, MD 21264-4115

Dunbar Security Products
P.O. Box 333
Baltimore, MD 21203

Dutch Farms, Inc.
700 East 107th Street
Chicago, IL 60628

Eagle Distributors, Inc.
5632 N. Northwest Highway
Chicago, IL 60646


Eagle Products Inc.
3661 South Iron
Chicago, IL 60609


Earthgrains Baking Company
P.O. Box 842437
Boston, MA 02284-2437


Edward Kulinski
711 Newberry
La Grange Park, IL 60526


Egysnacks, Inc.
7535 West 99th Place
Bridgeview, IL 60455


Eilliens
P.O. Box 28017
Green Bay, WI 54324


El Matador
P.O. Box 1881
Oak Park, IL 60304


El Popular
910 East Chicago Avenue
P.O. Box 328
East Chicago, IN 46312


El Ranchero
2547 South Kedzie Avenue
Chicago, IL 60623


FBC of Ohio, LLC
P.O. Box 847871
Dallas, TX 75284


Ferdel Promotions
3730 West 38th Street
Chicago, IL 60632

Food Depot International
1178 Flex Court
Lake Zurich, IL 60047

Frito Lay
75 Remittance Drive
Suite 1217
Chicago, IL 60675-1217

General Pet Supply
7711 North 81st Street
Milwaukee, WI 53224-9531

Genesis Electric
356 Lively Blvd.
Elk Grove Village, IL 60007

George's Sign Service
P.O. Box 184
Palos Park, IL 60464

Glacier Water Services
1385 Park Center Drive
Vista, CA 92081

Golden Country
2355 South Blue Island Avenue
Chicago, IL 60608

Golden Ocean Seafood
2355 South Blue Island Avenue
Chicago, IL 60608

Gourmet International
6605 Broadmoor Avenue, S.E.
Caledonia, MI 49316

Goya Foods, Inc.
1401 Remington Blvd.
Bolingbrook, IL 60490

Grand Prix
6153 West Mulford Street
Niles, IL 60714

Great Lakes Cookies
P.O. Box 1490
Belton, MO 64012


Greenridge Fram
2355 Greenleaf Avenue
Elk Grove Village, IL 60007


Grofresh
1441 Brewster Creek Blvd.
Bartlett, IL 60103


Grupo Premier Foods LLC
2420 Lunt Avenue
Elk Grove Village, IL 60007


Gus Meat's Inc.
13633 Cherry Lane
Orland Park, IL 60462


Hassoon Bakery
7401 West 90th Street
Bridgeview, IL 60455


Hinckley Springs
P.O. Box 660579
Dallas, TX 75266-0579


Honey Wafer Baking Company
13952 South Kildare
Crestwood, IL 60445


Humana Health Plan, Inc.
P.O. Box 528
Carol Stream, IL 60132-0528


IL Giardino
2859 North Harlem Avenue
Chicago, IL 60707


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Jack Tuchten Wholesale Produce, Inc.
2404 South Wolcott
Unit 31
Chicago, IL 60608


Joseph Antognoli & Company
1800 North Pulaski Road
Chicago, IL 60639


JR Dessert Bakery
2841 West Howard Street
Chicago, IL 60645-1228


Kasia's
440 North Oakley Blvd.
Chicago, IL 60612


Kehe Distributors
24973 Network Place
Chicago, IL 60673-1249


Kovala
5808 North Milwaukee Avenue
Chicago, IL 60646


Krinos Foods
47-00 Northern Blvd.
Long Island City, NY 11101


La Mexicana Tortilleria, Inc.
2703 South Kedzie Avenue
Chicago, IL 60623


La Preferida
P.O. Box 32260
Chicago, IL 60632-0260


Label Force Inc.
1904 Devonshire Court
Oswego, IL 60543


Lang Ice Company
3600 West 59th Street
Chicago, IL 60629

Lea Foods, Inc.
P.O. Box 265
Wheeling, IL 60090


Lechner & Sons
420 Kingston Court
Mount Prospect, IL 60056


Lewis Baking
1957 Momentum Place
Chicago, IL 60689


Libanais Sweets
4708 West Touhy Avenue
Lincolnwood, IL 60712


Liborio Baking Company
8212 West Grand Avenue
P.O. Box 328
River Grove, IL 60171


Lifeway Foods, Inc.
6431 West Oakton Street
Morton Grove, IL 60053


Lipari
26661 Bunert Road
Warren, MI 48089-1476


Lowell International Foods
9234 West Belmont Avenue
Franklin Park, IL 60131


Maday's Wholesale Greenhouses, Inc.
2215 East Richton Road
Crete, IL 60417


Mahoney Environmental
37458 Eagle Way
Chicago, IL 60678-1374


Mapre, Inc.
588 West Taylor Road
Romeoville, IL 60446

Maror Floor Care
P.O. Box 493
Morton Grove, IL 60053


Mary Jean Fassett
McCarron & Diess
4530 Wisconsin Avenue, N.W.
Suite 301
Washington, DC 20016


McCloud Services
1635 North Lancaster Road
South Elgin, IL 60177-2703


McKee Foods Corporation
P.O. Box 2118
Collegedale, TN 37315-2118


MF Construction
16840 South Kilpatrick
Tinley Park, IL 60477


Mi Costenita
4251 West 129th Street
Alsip, IL 60803


Midwest Family Mutual Insurance Co.
P.O. Box 9425
Minneapolis, MN 55440


Midwest Perishables, Inc.
P.O. Box 184
Mount Horeb, WI 53572


Miguel Ballesteros Dist.
P.O. Box 388806
Chicago, IL 60638-8806


Milano Baking, Inc.
433 South Chicago Street
Joliet, IL 60436


Mission Foods
Lockbox 843789
Dallas, TX 75284-3789

Molino Baking Co.
13030 South Western Avenue
Blue Island, IL 60406


Mondelez Global LLC
P.O. Box 70064
Chicago, IL 60673-0064


Nealey Foods Inc.
900 West Fulton Market
Chicago, IL 60607-1309


Nealey's Foods, Inc.
P.O. Box 92170
Elk Grove Village, IL 60009-2170


Nery & Richardson LLC
4258 West 63rd Street
Chicago, IL 60629


Nestle USA, INc.
P.O. Box 841933
Dallas, TX 75284-1933


Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407


Oberweis Dairy
951 Ice Cream Drive
Sweet One
North Aurora, IL 60542


Olympia Bakery
9220 South Roberts Road
Hickory Hills, IL 60457


Orlando Imports
191 Tubeway Drive
Carol Stream, IL 60188


Palermo Villa, Inc.
P.O. Box 78805
Milwaukee, WI 53278

Pan-O-Gold Baking Co.
P.O. Box 1450
Minneapolis, MN 55485-6283


Peoria Packing, Ltd.
1307-09 West Lake Street
Chicago, IL 60607


Pepsi Beverages Company
P.O. Box 75948
Chicago, IL 60675-5948


Piggly Wiggly Midwest LLC
2215 Union Avenue
Sheboygan, WI 53081


Pinnale Propane Express
1375 Tri-State Parkway
Suite 100
Gurnee, IL 60031


Polish Folklore Import Company
2428 Rose Street
Franklin Park, IL 60131


Power Distributing
24537 Network Place
Chicago, IL 60673-1245


Power Play Distributors
9550 West 55th Street
Suite C
McCook, IL 60525


Prodigy Printing & Promotions
900 Odgen Avenue
#310
Downers Grove, IL 60515


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600

R.J. Food Brokers
P.O. Box 1162
Westmont, IL 60559


Racine Bakery
6216 West Archer Avenue
Chicago, IL 60638


Raja Foods
8110 N. St. Louis Avenue
Skokie, IL 60076


Randolph Packing Co.
275 Roma Jean Parkway
Streamwood, IL 60107


Ready Refresh
P.O. Box 856680
Louisville, KY 40285-6680


Regal Health Food
3705 West Grand Avenue
Chicago, IL 60651


Regent Products Corp.
P.O. Box 6681
Carol Stream, IL 60197-6681


Rubinelli, Inc.
590 West Crossroads Parkway
Bolingbrook, IL 60440-3554


S-L Distribution Company
P.O. Box 62814
Baltimore, MD 21264-2814


Sanabel Bakery
4213 North Kedzie
Chicago, IL 60618


Schwan's Consumer Brands, Inc.
P.O. Box 532066
Atlanta, GA 30353-2066

Southern Wine & Spirits
2971 Collection Center Drive
Chicago, IL 60693


Southern Wisconsin News, Inc.
58 Artisan Drive
Edgerton, WI 53534


Square Enterprises
9347 Seymour Avenue
Schiller Park, IL 60176


Strube Celery & Vegetable Co.
2404 South Wolcott Avenue
Units 16-20
Chicago, IL 60608


Supreme Lobster
220 East North Avenue
Villa Park, IL 60181-1221


Systems Maintenance Corp.
150 West St. Charles Road
Unit 203
Lombard, IL 60148


Testone Mechanical, Inc.
570 Stevenson Road
Suite 5
South Elgin, IL 60177


The American Bottling Company
21431 Network Place
Chicago, IL 60673-1214


The Tassos Group
Two Mid America Plaza
Suite 520
Oakbrook Terrace, IL 60181


Today's Temptations, Inc.
1900 N. Austin
Chicago, IL 60639

Tribune Media Group
14839 Collections Center Drive
Chicago, IL 60693-0148


Turano Baking Co.
36749 Eagle Way
Chicago, IL 60678-1367


Usingers
1030 N. Old World Third St.
Milwaukee, WI 53203-0980


V&V Supremo
P.O. Box 87618
Chicago, IL 60680


V. Formusa Co., Inc.
2150 Oxford Road
Des Plaines, IL 60018


Vans Floral Products
3730 West 131st Street
Alsip, IL 60803


Vengroff Williams, Inc.
P.O. Box 4155
Sarasota, FL 34230-4155


Vitner's Snacks
62563 Collection Center Drive
Chicago, IL 60693


Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648


Weinstein Wholesale Meats, Inc.
P.O. Box 7696
Carol Stream, IL 60197-7696


William B. Kohn
Law Offices of William B. Kohn
29 East Madison Street
Suite 1000
Chicago, IL 60602

Wiscon Corporation
2050 North 15th Avenue
Melrose Park, IL 60160


YPV Distribution
160 Scott Street
Elk Grove Village, IL 60007


Ziyad Brothers Importing
5400 West 35th Street
Cicero, IL 60804

# United States Bankruptcy Court
## Northern District of Illinois

In re   Eurofresh of Tinley Park, Inc.

Debtor(s)

Case No.

Chapter   7

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Eurofresh of Tinley Park, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 22, 2016

Date

/s/ Bruce C. Scalambrino

Bruce C. Scalambrino

Signature of Attorney or Litigant

Counsel for   Eurofresh of Tinley Park, Inc.

Scalambrino & Arnoff, LLP
One North LaSalle Street
Suite 1600
Chicago, IL 60602
312-629-0545 Fax:312-629-0550
bcs@sacounsel.com

# United States Bankruptcy Court
## Northern District of Illinois

In re   Eurofresh of Tinley Park, Inc. _____

_____ Case No. _____
Debtor(s)                  Chapter    7    _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Eurofresh of Tinley Park, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

11/22/2016 _____
Date

_____
Bruce C. Scalambrino
Signature of Attorney or Litigant
Counsel for   Eurofresh of Tinley Park, Inc.
Scalambrino & Arnoff, LLP
One North LaSalle Street
Suite 1600
Chicago, IL 60602
312-629-0545 Fax:312-629-0550
bcs@sacounsel.com